IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DEMOND WESTON, )<br>)<br>           Plaintiff, )<br>)<br>   v. )<br>)<br>CITY OF CHICAGO, ESTATE OF MICHAEL )<br>KILL, ANTHONY MASLANKA, WILLIAM )<br>MOSER, JOHN PALADINO, DAN )<br>MCWEENY, ANDREW CHRISTOPHERSON, )<br>JEROME RUSNAK, VICTOR BRESKA, and )<br>UNKNOWN EMPLOYEES OF THE CITY OF )<br>CHICAGO, )<br>)<br>           Defendants. ) | Case No. 20-cv-6189<br>Honorable Judge Jorge L. Alonso<br>Magistrate Judge Susan E. Cox |

**DEFENDANTS MOSER, MCWEENY, RUSNAK, BRESKA, MASLANKA, PALADINO AND CITY OF CHICAGO'S JOINT UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER**

      Defendants, William Moser, Daniel McWeeny, Jerome Rusnak and Victor Breska, ("Individual Defendants"), by their attorney at Hale & Monico LLC, Anthony Maslanka and John Paladino, by their attorney at Borkin & Scahill, Ltd. ("Defendants Maslanka and Paladino") and the City of Chicago ("City"), by its attorney at Reiter Burns LLP (collectively, "Defendants"), present this motion for an extension of time to answer and in support of state the following:

      1.      Plaintiff filed his Complaint on October 16, 2020. (See Dkt. #1).

      2.      The City of Chicago was served on November 2, 2020. (See Dkt. 6).

      3.      The Individual Defendants in this case were served on December 10, 2020, making their responsive pleadings due on date February 8, 2021. (See Dkt. 20.).

      4.      The City has previously requested two extensions of time to file a responsive pleading. The City's responsive pleading is currently due on February 8, 2021. (See Dkt. 23). The

City requested the prior extensions because it plans to file a joint partial motion to dismiss with the Individual Defendants as well as Defendants Maslanka and Paladino.

5. Defendants Maslanka and Paladino's responsive pleading is due on February 15, 2021. (See Dkts. 28; 38)

6. Defendant Maslanka previously file a motion for an extension of time to file his responsive pleading, however, it was only for efficiency purposes to ensure that both Maslanka and Paladino's responsive pleadings were due on the same date. Maslanka's motion was granted. (See Dkt. 38).

7. All Defendants will file a joint partial motion to dismiss on the deadline of February 8, 2021.

8. All Defendants are seeking an additional 30 days to file an answer to those allegations they are not moving to dismissing in their February 8, 2021 filing. That would make their answer to the remaining allegations due on March 10, 2021.

9. The reason for the extension is that all Defendants have requested all relevant documentation but had not yet received all necessary materials in which to answer Plaintiff's Complaint.

10. The requested extension is not sought for purposes of delay, but is needed to allow counsel time to gather information and investigate the allegations in Plaintiff's Complaint.

11. No prejudice will be suffered by any party as a result of the requested extension.

12. The Individual Defendants' counsel communicated with one of Plaintiff's attorneys, Mariah Garcia, who indicated plaintiff does not oppose this motion.

WHEREFORE, Defendants, request an extension of time to answer, up to and including March 10, 2021, and for any other relief this Court deems appropriate.

Dated: February 8, 2021 　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　CELIA MEZA
　　　　　　　　　　　　　　　　　　　　　　Acting Corporation Counsel of
　　　　　　　　　　　　　　　　　　　　　　the City of Chicago

By: _s/ Amy A. Hijjawi_　　　　　　　　　　By: _s/ Paul A. Michalik_
Special Assistant Corporation Counsel　　　Special Assistant Corporation Counsel

Andrew M. Hale　　　　　　　　　　　　　Terrence M. Burns
Amy A. Hijjawi　　　　　　　　　　　　　Paul A. Michalik
Allyson West　　　　　　　　　　　　　　Daniel M. Noland
Hale & Monico　　　　　　　　　　　　　Reiter Burns LLP
53 W. Jackson Blvd., Suite 330　　　　　　311 South Wacker, Suite 5200
Chicago, IL 60604　　　　　　　　　　　　Chicago, Illinois 60606
(312) 341-9646　　　　　　　　　　　　　(312) 982-0090

*Attorneys for Defendant Officers Moser, McWeeny, Christopherson, Rusnak, and Breska*　　　　　　　　　　　　　　　　*Attorneys for Defendant City of Chicago*

By: _s/ Emily E. Schnidt_
Special Assistant Corporation Counsel

Steven B. Borkan
Timothy P. Scahill
Emily E. Schnidt
Borkan & Scahill, Ltd.
20 S. Clark Street, Suite 1700
Chicago, IL 60603
(312) 580-1030

*Attorneys for Defendants Maslanka and Paladino*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on **February 8, 2021**, I electronically filed the foregoing **Joint Unopposed Motion for Extension of Time** with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to counsel of record.

*/s/ Allyson L. West*