UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Demond Weston
                        Plaintiff,

v.                                                         Case No.: 1:20−cv−06189
                                                           Honorable Jorge L. Alonso

City of Chicago, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 4, 2022:

      MINUTE entry before the Honorable Jorge L. Alonso: Defendant Officers' motion to join and adopt the City of Chicago's motion to bifurcate Plaintiff's Monell claim and stay discovery and trial on those claims [91] is granted. Motion hearing date of 1/5/22 is stricken. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.