# EXHIBIT 4



# Transcript of the Deposition of
# Demond Weston

**Case:** Demond Weston v. City of Chicago; et al.
**Taken On:** March 2, 2023

Royal Reporting Services, Inc.
Phone:312.361.8851
Email:info@royalreportingservices.com
Website: www.royalreportingservices.com

Case: 1:20-cv-06189 Document #: 298-4 Filed: 01/17/25 Page 3 of 5 PageID #:4591

Demond Weston v. City of Chicago; et al.
Deposition of Demond Weston - Taken 3/2/2023

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

```
DEMOND WESTON,              )
                            )
         Plaintiff,         )
    v.                      ) No. 20 CV 6189
                            )
CITY OF CHICAGO, et al.,    )
                            )
                            )
         Defendants.        )
```

    The videotaped deposition of DEMOND WESTON, called by the Defendants for examination, taken pursuant to notice and pursuant to the Federal Rules of Civil Procedure for the United States District Courts pertaining to the taking of depositions, taken before Enza Cosgriff, Certified Shorthand Reporter and Registered Professional Reporter, at 311 South Wacker Drive, Suite 5200, Chicago, Illinois, commencing at 10:06 a.m. on March 2nd, 2023.

Demond Weston v. City of Chicago; et al.
Deposition of Demond Weston - Taken 3/2/2023

Page 41

1  job.
2      Q.  Okay.  And then what -- what do you do at
3  Chicago Torture Justice Center?
4      A.  A peer re-entry specialist, so my
5  responsibility is similar to what I was doing at
6  Precious Blood in terms of when guys come home from
7  incarceration, try to connect them to the services, like
8  getting their ID, getting a birth certificate, make sure
9  they go check in with their parole officer, court
10 appearances, accompany people to court, stuff like that,
11 give them a ride to court.
12     Q.  And then who's your immediate supervisor at
13 Chicago Torture Justice Center?
14     A.  La Tanya Jenifor-Sublett.
15     Q.  Could you spell that?
16     A.  L-A, T-A-N-Y-A; Jenifor, J-E-N-I-F -- I'm not
17 sure -- O or E-R; and Sublett, S-U-B-L-E-T-T.
18     Q.  And then does she have a supervisor?
19     A.  Yes.
20     Q.  Okay.  Who is her supervisor?
21     A.  Aislinn Pulley.
22     Q.  All right.  And then I know from deposing
23 Father Kelly, he's -- he's like the top.  Who's the --
24 who's the top at -- top -- top dog at Chicago Torture

Page 42

1  Justice Center, the big boss?
2      A.  Nah, that's who it is, Aislinn Pulley and
3  Cindy Eigler.  So it's like co-directors.
4      Q.  Okay.  And then what's your work schedule for
5  Chicago Torture Center?
6      A.  10:00 to 6:00.
7      Q.  What -- Monday to Friday?
8      A.  Yes.
9      Q.  Okay.  Do you ever work overtime?
10     A.  We attend events, but I don't know if
11 that's -- That's not considered overtime.  It's part
12 of -- in what we do.
13     Q.  And how -- how's the job going?
14     A.  It's going well.  It's going well.  So we
15 still building it out, so it's going well.
16     Q.  Do -- do you prefer working there as opposed
17 to Precious Blood?
18     A.  No, Precious Blood is the best job ever.  But
19 anyway, this was just for -- to advance, to move up a
20 little bit, so yeah.
21     Q.  So why did you leave Precious Blood?
22     A.  Because it was time to go.  Precious Blood has
23 been a blessing to me.  One of the reasons I really had
24 to leave was because I had a caseload -- so at

Page 43

1  Precious Blood, I was a case manager, and five people in
2  my caseload was killed, not together, but I attended
3  like maybe five or six funerals.  And for me, coming
4  from where I came from, just having been gone all these
5  years, I just needed a break.  So it was time to kind of
6  step away, because now because I've been gone so long,
7  I'm still trying to reintegrate back into society.
8          So my work schedule was not balanced in the
9  sense of I take work home, bring work back to work, so I
10 never developed a social life since I've been home.  So
11 it became a situation where I felt like I was
12 retraumatizing myself just being in that space, steady
13 attending funeral after funeral.  And the population
14 that they serve is not the population that I had hoped
15 to serve.  So their -- The population Precious Blood
16 serves is more of a community base and a younger
17 population opposed to long-term offenders, people coming
18 home from decades of incarceration.  So my job now is
19 currently really walking with people who come home from
20 prison, not people that are system impacted, but I also
21 walk with people that are system impacted.  But at the
22 same time, you've got to understand the difference
23 between a 24-year-old and a 50-year-old who done 20-some
24 years.

Page 44

1      Q.  Okay.  So you would agree your preference is
2  to work with, you know, the 50-year-old versus --
3      A.  Yes.
4      Q.  -- 20 something?
5      A.  My preference is the work itself.  It's --
6  it's needed work.  But my thing is, in that moment, to
7  me -- Like I'm going back to Precious Blood.  But for me
8  I need to step away and create me a balance, a healthy
9  lifestyle.
10     Q.  What do you mean you're going back?
11     A.  Ultimately I'm going back to work for
12 Precious Blood.
13     Q.  Okay.  Is there --
14     A.  So --
15     Q.  -- like, plans right now for you to go back or
16 it's just a goal?
17     A.  No, it's actually talks for me to come back
18 but not at this present time.
19     Q.  Okay.  As I understand it, when you worked at
20 Precious Blood, there was some -- someone in the
21 re-entry program was giving you a hard time, threatening
22 you, correct?
23     A.  Yes.  That was one of the incidents where one
24 of the participants, because I didn't move as fast as he

14 (Pages 41 to 44)

Case: 1:20-cv-06189 Document #: 298-4 Filed: 01/17/25 Page 5 of 5 PageID #:4593

Demond Weston v. City of Chicago; et al.
Deposition of Demond Weston - Taken 3/2/2023

Page 377

1  Q. On the last phage?
2  A. Yes, this is my signature.
3  Q. What date did you sign it?
4  A. 2/23/22.
5  Q. Can you read the verification? What does it
6  say?
7  A. Which part? What do you mean by the veri- ...
8  Q. Do you want to show him where the -- the
9  language?
10 A. Oh, okay. I see it.
11 Q. Just read it.
12 A. "I, Demond Weston, verify under penalty of
13 perjury that I have reviewed the attached responses to
14 Defendant Breska's First Set of Inter- --
15 Interrogatories, and I certify that the answers are true
16 and correct to the best of my knowledge, information,
17 and memory."
18 Q. Okay. And that's truthful, right?
19 A. Yes.
20 Q. And so you reviewed those answers, checking
21 for accuracy, right?
22 A. Yes.
23 MS. KLEINHAUS: Same instruction.
24

Page 378

1  BY MR. BAZAREK:
2  Q. Okay. Did you seek to ex- -- expunge records
3  related to your criminal cases?
4  MS. KLEINHAUS: Calls for a legal conclusion.
5      You can answer if you know.
6  BY THE WITNESS:
7  A. Yes.
8  Q. And did the Court ever enter an order on
9  your -- the petition to expunge?
10 A. No.
11 Q. Did you go to court on it?
12 A. No.
13 Q. Were -- were you trying to -- were you
14 trying -- trying to have the records destroyed or just
15 under seal? What was -- What were you trying to do?
16 MS. KLEINHAUS: I'm going to just instruct you not
17 to disclose any conversations you had with any counsel
18 about expungement. If you can answer his question
19 without that, go ahead.
20 BY THE WITNESS:
21 A. Yeah, I don't believe I -- I can answer that
22 question.
23 Q. Okay. It looks like you -- you went to legal
24 aid, someone named Melissa Picciola, P-I-C-C-I-O-L-A.

Page 379

1  MR. BAZAREK: Well, let's just mark this as an
2  exhibit.
3      (Weston Deposition Exhibit No. 27
4      marked as requested.)
5  MS. KLEINHAUS: Is that 27?
6  THE COURT REPORTER: Yes.
7  BY MR. BAZAREK:
8  Q. Okay. Are you -- Have you ever seen that
9  document before?
10 A. No.
11 Q. Okay.
12 A. No.
13 Q. Mr. Weston, what do you do -- You can put that
14 aside. What do you do for enjoyment?
15 A. Nothing. I go to work, and I go home. I
16 don't -- So my issue is socializing. I don't know how
17 to socialize, so I don't really enjoy anything. I work,
18 and I go home. I ...
19 Q. Do you live with anyone?
20 A. No, I live alone.
21 Q. Have you dated anyone since you've been
22 released in December of 2019?
23 A. Yes, I've tried.
24 Q. And what happened?

Page 380

1  A. Mentally the trust struggles, the issues
2  with -- I never dated a woman before, so that's --
3  Q. I'm sorry?
4  A. I've never dated a woman, so -- When I went to
5  jail, I was 17, so I've dated girls, but I had never
6  dealt with a woman. And I don't know if it's the
7  depression or whatever it is, so I have trouble relating
8  [redacted]