IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| DEMOND WESTON,<br><br>             Plaintiff,<br><br>    v.<br><br>CITY OF CHICAGO, et al.<br><br>Defendants. | Case No. 20-cv-6189<br><br>Hon. Lashonda A. Hunt<br><br>Mag. Holleb Hotaling |

**PLAINTIFF'S EXHIBIT LIST IN SUPPORT OF HIS RESPONSE
TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

1. Weston Affidavit
2. Weston Trial Testimony
3. Weston Deposition Excerpts
4. Order Vacating Conviction
5. Weston Interrogatory Response to Breska
6. Transcript of Proceedings Dec. 18, 2019
7. May 29, 1990 Police Report
8. Watson Closing Supplemental Report
9. Coats Testimony
10. Allio Report
11. Washington General Progress Report (GPR)
12. Norwood General Progress Report (GPR)
13. Coats General Progress Report (GPR)
14. Nesbitt Testimony
15. Solomon Testimony
16. Mason General Progress Report (GPR)
17. Supplemental Report on Firearms Evidence
18. Hale and Montague General Progress Report (GPR)
19. Hampton Deposition Excerpts
20. Hampton May 29 1990 General Progress Report (GPR)
21. McCurine Deposition Excerpts
22. May 30, 1990 Lineup Report
23. Smith Deposition Excerpts
24. June 2, 1990 Supplemental Report

25. McCurine June 6, 1990 General Progress Report (GPR)
26. McCurine June 8, 1990 General Progress Report (GPR)
27. Sims Supplemental Report
28. Macklin Deposition Excerpts
29. Macklin Arrest Report
30. McCurdy Affidavit
31. Covington Deposition Excerpts
32. Kill Pretrial Hearing Testimony
33. Rusnak Deposition Excerpts
34. Breska Deposition Excerpts
35. Macklin Affidavit
36. Sims Evidence Report
37. Crime Lab Report re 9 mm
38. Macklin Statement
39. Weston Court Reported Statement
40. Strong (formerly Jackson) Deposition Excerpts
41. Walker Deposition Excerpts
42. McIntosh Deposition Excerpts
43. Jackson General Progress Report (GPR)
44. Walker General Progress Report (GPR)
45. Smith Arrest Report
46. McCurine July 1990 Statement
47. Maslanka Testimony in Defense Case
48. Jones Lineup Report
49. Coats Lineup Report
50. Mason Lineup Report
51. Jones General Progress Report (GPR)
52. Swanson Deposition Excerpts
53. Swanson's Coats Interview Notes
54. Swanson Correspondence
55. Lebata Affidavit
56. Cutler Report
57. Brown Arrest Report
58. Safforld (formerly Brown) Deposition Excerpts
59. McCurine Arrest Report
60. Washington General Progress Report (GPR) Part 1
61. Washington General Progress Report (GPR) Part 2
62. McMorris Crime Lab Report
63. Polygraph Examiner's Worksheet
64. Tovar Deposition Excerpts

65. Murray Deposition Excerpts
66. Subpoena to Chicago Police Department
67. Discovery Request in Criminal Proceedings
68. Polygraph Case Review
69. Moser Deposition Excerpts
70. Paladino Deposition Excerpts
71. Katz Deposition Excerpts
72. Weston Pretrial Hearing Testimony
73. Index of Pretrial Hearing Testimony
74. Report of Proceedings Excerpts
75. Hampton Trial Testimony
76. Coats Trial Testimony
77. Sabin Trial Testimony
78. Kill Trial Testimony
79. Maslanka Trial Testimony in State's Case
80. Hickey Trial Testimony in *Fields*
81. Brady Memo
82. Stibitch Memo
83. Hickey Deposition Testimony in *Kluppelberg*
84. *Fields* Verdict & Judgment
85. Brasfield *Fields* Report
86. Brasfield Trial Testimony in *Fields*
87. Order Entering Verdict
88. Jury Instruction in *Rivera*
89. Brasfield *Rivera* Report
90. People's Answer to Discovery
91. Special Prosecutor's Report on Pinex
92. Kill Deposition Excerpts in *Wiggins*
93. Polygraph Subject Consent Form
94. Kitchen Testimony in *People v. Kitchen*

Respectfully submitted,

**Demond Weston**

By: /s/ Theresa Kleinhaus
*One of Plaintiff's Attorneys*

Jon Loevy
Gayle Horn

                                                Theresa Kleinhaus
                                                LOEVY & LOEVY
                                                311 N. Aberdeen, 3rd Floor
                                                Chicago, Illinois 60607
                                                (312) 243-5900
                                                Tess@loevy.com

## CERTIFICATE OF SERVICE

      I, Theresa Kleinhaus, an attorney, hereby certify that on February 11, 2025, I caused the foregoing to be filed using the Court's CM/ECF system, thereby effecting service on all counsel of record in this case.

                                                                  /s/Theresa Kleinhaus
                                                                  *One of Plaintiff's Attorneys*