IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DEMOND WESTON, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 20 C 6189 |
| | ) | |
| -vs- | ) | The Honorable Lashonda A. Hunt |
| | ) | |
| CITY OF CHICAGO, *et al.*, | ) | Magistrate Honorable Keri L Holleb Hotaling |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AN OVERSIZE BRIEF AND ADDITIONAL STATEMENTS OF MATERIAL FACT**

Plaintiff, by and through his attorneys, Loevy & Loevy, respectfully requests leave to file a summary judgment response brief which is 76 pages long and as well as a Statement of Additional Facts containing 143 paragraphs. In support he states as follows:

1. In their motions for summary judgment, Defendants challenge every claim Plaintiff brought against the Individual Defendants. Dkt. 289-2; Dkt. 284.

2. Defendants sought leave to file 212 statements of fact. Dkt. 288. Plaintiff did not oppose that motion. *Id*. The Court granted Defendants' motion. Dkt. 291.

3. Given the scope of the record and Defendants' arguments as to every claim, additional pages are required. Plaintiff's brief is 76 pages long.

4. In addition, to give the Court a full picture of the available evidence that warrants a trial in this case, Plaintiff requests leave to file additional statements of fact beyond the number permitted by the local rules. Plaintiff's statement of fact includes 143 paragraphs.

5. Plaintiff attaches his Statement of Additional Facts as Exhibit 1 to this motion.

6. Plaintiff attaches his Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment as Exhibit 2 to this motion.

7. Plaintiff has conferred with Defendants, who do not oppose this request.

WHEREFORE, Plaintiff respectfully requests leave to file a summary judgment response up to 76 pages and up to 143 statements of fact.

Respectfully submitted,

**Demond Weston**

By: /s/ Theresa Kleinhaus
*One of Plaintiff's Attorneys*

Jon Loevy
Gayle Horn
Theresa Kleinhaus
LOEVY & LOEVY
311 N. Aberdeen, 3rd Floor
Chicago, Illinois 60607
(312) 243-5900
Tess@loevy.com

**CERTIFICATE OF SERVICE**

I, Theresa Kleinhaus, an attorney, hereby certify that on February 11, 2025, I caused the foregoing to be filed using the Court's CM/ECF system, thereby effecting service on all counsel of record in this case.

/s/Theresa Kleinhaus
*One of Plaintiff's Attorneys*