# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.2)
### Eastern Division

Demond Weston

                      Plaintiff,

v.                                                  Case No.: 1:20−cv−06189
                                                           Honorable LaShonda A. Hunt

City of Chicago, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 12, 2025:

      MINUTE entry before the Honorable LaShonda A. Hunt: Plaintiff's unopposed motion for leave to file an oversize brief and additional statements of material fact [328] is granted. By 2/13/25, Plaintiff must file their response brief and additional statements of material fact separately on the docket. The motion hearing set for 2/25/25 [329] is stricken. Mailed notice (gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.