**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.2)**
**Eastern Division**

Demond Weston
                            Plaintiff,

v.                                                     Case No.: 1:20−cv−06189
                                                    Honorable LaShonda A. Hunt

City of Chicago, et al.
                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 13, 2025:

    MINUTE entry before the Honorable LaShonda A. Hunt: Plaintiff's Unopposed Motion for Leave to File Excess Pages in His Motion to Exclude Defendants' Purported False Confessions Expert [301] is granted. Mailed notice (gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.