# Exhibit B



# CASE NO. 1:20-CV-06189

# DEMOND WESTON

# V.

# CITY OF CHICAGO, ET AL.

# DEPONENT:

# RICHARD RUDOLPH

# DATE:

# May 09, 2024



schedule@kentuckianareporters.com

877.808.5856 | 502.589.2273

www.kentuckianareporters.com

```
 1            IN THE UNITED STATES DISTRICT COURT
 2           FOR THE NORTHERN DISTRICT OF ILLINOIS
 3                       EASTERN DIVISION
 4                  HON. LASHONDA A. HUNT
 5               MAJ. KERI L. HOLLEB HOTALING
 6                  CASE NO. 1:20-CV-06189
 7
 8                       DEMOND WESTON,
 9                          Plaintiff
10
11                             V.
12
13          CITY OF CHICAGO, ESTATE OF MICHAEL
14            KILL, ANTHONY MASLANKA, WILLIAM
15                MOSER, JOHN PALADINO, DAN
16          MCWEENY, ANDREW CHRISTOPHERSON,
17          JEROME RUSNAK, VICTOR BRESKA, AND
18          UNKNOWN EMPLOYEES OF THE CITY OF
19                          CHICAGO,
20                         Defendants
21
22
23   DEPONENT:   RICHARD RUDOLPH
24   DATE:       MAY 9, 2024
25   REPORTER:   MELISSA JARVIS REED
```



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

|   | APPEARANCES |
|---|---|
| 1 | |

ON BEHALF OF THE PLAINTIFF, DEMOND WESTON:

Theresa Kleinhaus, Esquire

Loevy & Loevy

311 North Aberdeen

Third Floor

Chicago, Illinois 60607

Telephone No.: (312) 243-5900

E-mail: tess@loevy.com

(Appeared via videoconference)

ON BEHALF OF THE DEFENDANTS, INDIVIDUAL OFFICERS AND THE DEPONENT, RICHARD RUDOLPH:

Anthony Zecchin, Esquire

Hale & Monico

53 West Jackson Boulevard

Suite 334

Chicago, Illinois 60604

Telephone No.: (312) 341-9646

E-mail: azecchin@halemonico.com

(Appeared via videoconference)



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1                APPEARANCES (CONTINUED)
 2
 3   ON BEHALF OF THE DEFENDANT, CITY OF CHICAGO:
 4   Dhaviella N. Harris, Esquire
 5   Reiter Burns
 6   311 South Wacker Drive
 7   Suite 5200
 8   Chicago, Illinois 60606
 9   Telephone No.: (312) 982-0090
10   E-mail: dharris@burnsnoland.com
11   (Appeared via videoconference)
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  October '90. I graduated April '91. And I picked up my
2  remaining credits that following fall semester and
3  graduated, I guess, December. Or I think it was
4  January.
5      Q.   Okay. And you can put that page to the side
6  for now. I want to go through your career at NYPD
7  briefly. So I think you've just told us you attended
8  the police academy in '91; is that right?
9      A.   October '90. Graduated in '91. Went for six
10 months.
11     Q.   Okay. And -- oh, I forgot to ask you this:
12 Have you ever worked for any law enforcement agency
13 besides NYPD? And when I say law enforcement agency,
14 I'm using that very broadly. So like, if you were a
15 correctional officer, you were a parole officer, I'm
16 including that. Have you ever had any other job in law
17 enforcement?
18     A.   No, only NYPD.
19     Q.   Okay. And then, what was -- I know you said
20 you made supervisor in 1996. So what -- tell me about
21 the work that you did from '91 to '96.
22     A.   So 1991, I graduated from the police academy,
23 was assigned to a precinct out in Queens. And typical,
24 we're assigned to a field training sergeant for six
25 months. Basically, foot patrol, doing details. When we

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

1  say details, we mean, like, parades and demonstrations,
2  things like that.  And then, after that six months, I
3  was assigned to the platoon, which would be the 4:00 to
4  12:00, regular patrol.  I think it was probably around
5  1994.  I was assigned to the precinct's anti-crime unit,
6  which is basically what we call plain clothes, not
7  undercover.
8              So jeans and T-shirts and -- or proactively
9  trying to, you know, prevent burglaries, robberies, any
10 violent street crime.  From there, I was assigned to the
11 citywide street crime unit.  Almost the same type of
12 job, except we were citywide, so we would work sometimes
13 up in the Bronx, Manhattan, Queens.  But in a few months
14 after that, we had gotten decentralized, and I was
15 assigned back to Queens South, just Queens.  And so
16 basically, I was doing the same thing.  We would work
17 strictly nights.  So from 6:00 in the morning to -- 6:00
18 at night to 2:00 in the morning, and four -- four days
19 on, two days off.
20             And that's all we did was work, you know,
21 trying to prevent violent street crimes, burglaries,
22 robberies, things like that.  From there, I was assigned
23 to narcotics, and I was assigned to the Manhattan --
24 northern Manhattan initiative, which is up in northern
25 Manhattan, specifically Washington Heights, around --

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

1  a patrol sergeant to being in Internal Affairs, do you
2  have to take a test for that?
3     A.  No, it's a -- it's a -- you apply, like a job
4  application.
5     Q.  Okay.  And then, when you were assigned to
6  Internal Affairs investigating allegations of excessive
7  force, did you investigate any allegations of force used
8  during interrogations?
9     A.  Well, any allegation of excessive force.  I
10 mean, if -- if -- if somebody had made an allegation
11 that he was beaten during his interrogation, then we're
12 going to investigate that.  And, you know, sometimes, it
13 -- you know, it was so unbelievable, it couldn't happen,
14 and then when we got there, guess what, it did happen.
15 So it was -- you know, it wasn't a fun time and I didn't
16 take any enjoyment out of it, but we did our job.  And
17 -- so one of the cases that I -- one of the cases that I
18 -- when I first got assigned there -- like you asked me
19 before, did I reference any material for this case.  And
20 Internal Affairs, we call it, like, a clean team.  It
21 doesn't mean -- you know, it -- it doesn't mean dirty or
22 not.  It's clean team means I have no -- no knowledge of
23 this case.  So I got to the tail end of that.  It was
24 called Diallo.  I don't know if you remember that.  He
25 got --

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:20-cv-06189 Document #: 356-2 Filed: 02/19/25 Page 9 of 9 PageID #:8678
The Deposition of RICHARD RUDOLPH, taken on May 09, 2024
196

1  lot of Chicago in 1990 cases, too.  So I -- I'll agree
2  with you: That is what they did.  My question is a
3  little bit different.  Was that the standard across the
4  profession in 1990?
5       A.   I don't think we really had investigative
6  standards back in 1990.  And obviously, you know, I
7  didn't read a lot of cases from 1990.  I only read them
8  later on in my career and I could tell you the cases
9  that I read from New York City Police Department, some
10 of them were worse than the cases that I read for
11 Chicago PD, but that was their -- that was their
12 standard and their -- and how they operated back then.
13 So the standards were in their rules and procedures on
14 how to write supplemental reports, and that's how they
15 did it.  I mean, I would like it to be different, but
16 that's how they did it back then.
17      Q.   Okay.  Are you aware of any standard or manual
18 or document from 1990 that you believe sets forth what
19 the police practices standard was for police writing in
20 1990?
21      A.   Yeah, the -- I don't know if they actually had
22 a format for Chicago PD.  I did read one.  I think it
23 was a format for supplement report.  And I don't
24 remember when -- when I read it, but -- excuse me.
25 That's the -- that's the only thing that I could recall.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS