# Exhibit C



# KENTUCKIANA
## COURT REPORTERS

**CASE NO. 1:20-cv-06189**

**DEMOND WESTON**

**V.**

**CITY OF CHICAGO, ET AL.**

**DEPONENT:**

**DANIEL MCWEENY**

**DATE:**

**March 22, 2023**



schedule@kentuckianareporters.com
877.808.5856 | 502.589.2273

www.kentuckianareporters.com

1    A    Well, he's got -- his choice is -- is -- his
2 choice to tell the truth.  Or tell the truth or don't,
3 or not to tell the truth.  We want -- if he chooses not
4 to tell the truth, then I'll have to go out and try to
5 find -- find the information needed to -- to persuade
6 him otherwise.  We're trying to persuade him to tell the
7 truth.
8         MR. ZECCHIN:  Hey Gayle?
9         MS. HORN:  Yeah.
10        MR. ZECCHIN:  If we just take a two-minute
11    bathroom break.
12        MS. HORN:  Sure.
13        MR. ZECCHIN:  If you're almost at the end
14    of it --
15        MS. HORN:  I'm almost done with, like, a
16    section, though.  I mean, I don't want you to be,
17    like, uncomfortable, though.  A few more minutes?
18        MR. ZECCHIN:  How many more minutes?
19        MS. HORN:  Like, three more minutes?  Well, it
20    depends on --
21        MR. ZECCHIN:  That's fine.  Yeah.  Three more
22    minutes isn't that bad.
23 BY MS. HORN:
24    Q    Okay.  I promise I'll go fast.  When you're
25 interrogating a suspect, is it okay to ever provide that

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA COURT REPORTERS

1  suspect with some -- for example, you walk into a room
2  and the suspect says, "I don't know anything about the
3  Sims homicide." Is it okay to provide them with some
4  information like, "Well, so-and-so said you were at the
5  scene" or something like that?
6      A    Appropriate at the time. Yeah, I mean,
7  I would do that. Yeah.
8      Q    So it's appropriate to give them some
9  information about your investigation to try to, as
10 you've described, motivate them to talk, correct?
11     A    Correct. The one rule -- the one general rule
12 is not to lie -- not to deliberately lie to a person
13 with him knowing that it's a lie. And don't do that. If
14 you did that, you lose him, and you lose him forever, I
15 mean, generally.
16     Q    Okay. But it's okay, for example, to tell
17 them, "This witness puts you at the scene of the crime,"
18 something like that.
19     A    It's okay if -- it's okay to lie to him if
20 he -- if he knows. If he doesn't know if it's a lie or
21 not, yeah.
22     Q    What if it's actually the truth that that
23 person put them at the scene of the crime, is that okay
24 to say as well?
25     A    Yeah, of course it is. Truth is always --

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1   truth is -- truth is the goal.  The truth is to get to
 2   the bottom of the situation that you're doing.
 3        Q    Right.  And so what I'm just trying to get at
 4   is it's okay to provide the suspect with some
 5   information about the homicide, and homicide
 6   investigation to get him to talk, right?
 7        A    Yeah.  That's the goal.  The goal is to get
 8   him to give you as much information about what he knows
 9   in regards to the case.
10        Q    And I think you said when you were a
11   detective, you never used physical force, correct?
12        A    Never.
13        Q    Did you ever observe any other detective use
14   physical force against a witness or suspect?
15        A    Not in front of me.
16        Q    And you said, "Not in front of me."  Can you
17   describe why you used that qualification?
18        A    Because they -- because I -- I never -- I
19   never saw anyone using physical force ever.  That's my
20   answer.  And I never would.  There was no reason
21   to -- to do that.
22        Q    I believe your testimony as well was that when
23   you were a detective, you never made any threats or
24   promise -- well, I don't know if I asked you about
25   promises.  Let's stick with threats.  When you were a
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com