**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Demond Weston
Plaintiff,
v.
City of Chicago, et al.
Defendant.

Case No.: 1:20−cv−06189
Honorable LaShonda A. Hunt

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 25, 2026:

MINUTE entry before the Honorable LaShonda A. Hunt: For the reasons stated in the accompanying Memorandum Opinion and Order, the Individual Defendants' (Kill, Maslanka, Moser, Paladino, McWeeny, Christopherson, Rusnak, and Breska) motion for summary judgment (Dkt. 285) is granted in part and denied in part. Summary judgment is granted in favor of Defendants Paladino, McWeeny, Christopherson, Rusnak, and Breska on Count I; all Individual Defendants on Count II; Defendants Rusnak and Breska on Count III; all Individual Defendants on Counts IV−V; Defendants Rusnak and Breska on Count VI; all Individual Defendants on VII; and Defendants Rusnak and Breska on Counts VIII−IX. The Clerk is directed to terminate defendants Jerome Rusnak and Victor Breska. The City of Chicago's motion for summary judgment (Dkt. 284) is denied. The parties' *Daubert* motions (Dkts. 295, 296, 297, 298, 300, 302, 304, 305, 307, 308, 323) are denied without prejudice. Finally, the Unknown Employees of the City of Chicago are dismissed, and the Clerk is directed to terminate those defendants. Remaining claims for trial are against Defendants Moser, Maslanka, and Kill on Count I, Defendants Paladino, Kill, Christopherson, McWeeny, Moser, and Maslanka on Counts III, VI, and VIII−IX, and Defendant City of Chicago on Counts X and XI. By 4/7/26, those parties are ordered to meet and confer and file a joint status report addressing the following: (1) the number of days needed for this jury trial; (2) blocks of time in August 2026, October 2026, January 2027, or February 2027 during which the parties, counsel, and witnesses are available; (3) the status of any settlement discussions; and (4) any other pertinent information the Court should know. The Court will schedule a final pretrial hearing after reviewing the status report, at which time a firm trial date will be set. The parties are reminded that at any time, they can jointly reach out to the courtroom deputy for a referral to the assigned magistrate judge for a settlement conference. Mailed notice (gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and

criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.